# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

    Cassandra Frelix

Debtor(s)

Case No.:  10 B 30315

Chapter:  13

Judge Susan Pierson Sonderby

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
Cassandra Frelix, Debtor(s), 3531 W 12th Pl, Chicago, IL 60623
Justin R. Storer, Attorney for Debtor(s), 55 E. Monroe St. Ste 3400, Chicago, IL 60603

You are hereby notified that debtor(s) is(are) due to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION for the contractual mortgage payment due 10/01/10. As of the 12/02/11 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 10/01/10 through 12/02/11 post-petition mortgage payments, with the 01/01/12 coming due.  The current mortgage payment amount due each month is $790.24 and changed to $1,259.10 effective 9/1/11.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Additionally, the pre-petition arrearage has not been paid in full.  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION filed a claim for $3524.85 on 08/24/10 and the plan was inadvertently confirmed providing for arrears of only $2900.00.  A Motion to Modify Plan has been filed to correct this error and will be heard on 02/23/12.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/01/12, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 31, 2012.

                          /s/ Gloria Tsotsos
                          Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346

Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-25990)**

NOTE: This law firm is deemed to be a debt collector.